```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

v.                      CASE NO. 09-20060

KELLE STUBBS-AMADOR                                     DEFENDANT

### ORDER

Currently before the Court is Defendant's Motion to Modify No Contact Order (Doc. 30). The Court, being well and sufficiently advised, finds the motion should be GRANTED, and Defendant is permitted to communicate with her relatives.

IT IS SO ORDERED this 9th day of August, 2010.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE